# esurance
## an Allstate company

| | |
|---|---|
| **Esurance Insurance Services, Inc.**<br>**P.O. Box 5250**<br>**Sioux Falls, SD 57117-5250**<br>**1-800-ESURANCE (1-800-378-7262)** | **Esurance Property and**<br>**Casualty Insurance Company**<br>**650 Davis Street**<br>**San Francisco, CA 94111** |

## Policy Declarations Page
## Personal Automobile Policy – Original

| Policy Number | Effective Date | Expiration Date | Policy Term |
|---|---|---|---|
| **PANM-007854931** | **October 12, 2018** | **April 12, 2019 @ 12:01 AM** | **6 Months** |

| Named Insured and Address | Rated Operators | Excluded Drivers | Driver Type | Year of Birth |
|---|---|---|---|---|
| **ABIGAIL JACKSON**<br>**106 EL TROS**<br>**RANCHOS DE TAOS, NM 87557**<br>**Email: ajackson@mtnhomehealth.com** | **1 ABIGAIL JACKSON** | | **Named Insured** | **1976** |

| Vehicle # | Year | Vehicle Description | Vehicle Identification Number |
|---|---|---|---|
| **1** | **2013** | **Nissan JUKE S/SV/SL/NISMO** | ██████████ |



| **Policy Coverage is provided only where a premium and limit or deductible are shown.** | | | |
|---|---|---|---|
| Coverages | Premium | Deductible | |
| **BODILY INJURY** | **250,000/person**<br>**500,000/accident** | ███ | |
| **PROPERTY DAMAGE** | **100,000/accident** | ███ | |
| **UM/UIM BI Coverage**<br>**Non-Stacked** | **250,000/person**<br>**500,000/accident** | ███ | |
| **UMPD Coverage**<br>**Non-Stacked** | **100,000/accident** | ███ | **250** |

**Important Information about Uninsured Motorist and Underinsured Motorist Coverage ("UM/UIM Coverage").**
Under New Mexico law, you have the right to:
– Select Uninsured Motorists Insurance limits equal to your Liability Coverage limits;
– Select Uninsured Motorists Insurance limits less than your Liability Coverage limits but equal to or greater than New Mexico's financial responsibility minimum limits; or
– Reject all Uninsured Motorist and Underinsured Motorist Coverage.
– Elect whether the UM/UIM Coverage you purchase is either Stacked or Non-stacked.

**You have been offered UM/UIM Coverage with all of the limits you are eligible to buy. You have completed a UM/UIM Coverage Rejection/Selection form that listed the premium for each option and you selected your UM/UIM Coverage option. The UM/UIM Coverage Rejection/Selection form is part of your policy and a copy will be provided to you upon request.**

**This policy has been issued with UM/UIM Coverage limits equal to your Liability Coverage limits.**

### FULL TERM PREMIUM    ███████

**This policy is effective at 12:01 AM on the date shown or the time the policy was purchased, whichever is later.**



**Esurance Insurance Services, Inc.**
**P.O. Box 5250**
**Sioux Falls, SD 57117-5250**
**1-800-ESURANCE (1-800-378-7262)**

**Esurance Property and**
**Casualty Insurance Company**
**650 Davis Street**
**San Francisco, CA 94111**

# Policy Declarations Page
## Personal Automobile Policy – Original Continued

| Policy Number | Effective Date | Expiration Date | Policy Term |
|---|---|---|---|
| PANM-007854931 | October 12, 2018 | April 12, 2019 @ 12:01 AM | 6 Months |

| Named Insured and Address | Rated Operators | Excluded Drivers | Driver Type | Year of Birth |
|---|---|---|---|---|
| **ABIGAIL JACKSON**<br>**106 EL TROS**<br>**RANCHOS DE TAOS, NM 87557**<br>**Email: ajackson@mtnhomehealth.com** | **1 ABIGAIL JACKSON** | | **Named Insured** | **1976** |

| Vehicle Coverages | Vehicle 1 Premium | Vehicle 1 Deductible | Vehicle Premium | Vehicle Deductible | Vehicle Premium | Vehicle Deductible | Vehicle Premium | Vehicle Deductible |
|---|---|---|---|---|---|---|---|---|
| **COMPREHENSIVE** | | 1000 | | | | | | |
| **COLLISION** | | 1000 | | | | | | |

**FULL TERM PREMIUM**

**This policy is effective at 12:01 AM on the date shown or the time the policy was purchased, whichever is later.**

| Loss Payees, Additional Insured - Lessors, and Lien Holders | | |
|---|---|---|
| Vehicle # | Loss Payee, Additional Insured - Lessor, and Lien Holder Information | Type |
| **1** | **UNKNOWN/NOT PROVIDED** | **Loss Payee** |

| Forms and Endorsements made as a part of this policy at the time of issue | |
|---|---|
| **1001 NM 06 13** | **Personal Auto Policy** |
| **8200 PN 10 16** | **Privacy Notice** |
| **8151 NM 06 13** | **US Treasury OFAC Notice** |
| **8011 NM 06 13** | **Extraordinary Life Circumstances Disclosure** |
| **8191 NM 02 16** | **Adverse Decision Notice** |
| **8211 NM 06 13** | **Confidentiality Abuse Information** |
| **1051 NM 11 15** | **Officer's Signatory** |
| **2001 NM 06 16** | **Amendment of Policy Prov** |

Date Issued: October 12, 2018

**Authorized Representative**

## NEW MEXICO UNINSURED AND UNDERINSURED MOTORIST COVERAGE SELECTION/ REJECTION OF LIMITS

**Uninsured Motorist and Underinsured Motorist Coverage ("UM/UIM Coverage")**
Uninsured Underinsured Motorist Coverage (UM/UIM Coverage) protects you, your household family members and occupants in an insured vehicle, if they sustain bodily injury in an accident in which the owner or operator of a motor vehicle who is legally liable does not have liability insurance (an "uninsured motorist"), or has liability insurance with limits that are less less than your UM/UIM Coverage limits ( an "underinsured motorist"). UM/UIM Coverage also provides protection for damage to property owned by the insured if that damage is sustained in an accident in which the owner or operator of a motor vehicle who is legally liable is an uninsured or underinsured motorist. The terms of this insurance are governed by the detailed explanation of this coverage in your policy.

**Available UM/UIM Limits**
You have the right to purchase UM/UIM Coverage with a limit of $25,000 each person, subject to a limit of $50,000 each accident for bodily injury, and $10,000 each accident for property damage, or higher limits up to an amount equal to your policy's liability coverage limits, or you may reject this coverage entirely.

**Stacked UM/UIM Coverage**
If you select Stacked UM/UIM Coverage, this policy will provide coverage for bodily injury and property damage based on the UM/UIM Coverage limits you select below, the UM/UIM Coverage for each covered vehicle for which premium has been paid will be combined to determine the total amount of limits that may be paid under this coverage. For example, if your Stacked UM/UIM Coverage limits are $50,000 for each person and you have two covered vehicles with UM/UIM Coverage on your policy, you would have $100,000 available for any one person injured in an accident.

**Non-stacked UM/UIM Coverage**
If you select Non-stacked UM/UIM Coverage, this policy will provide coverage for bodily injury and property damage with the UM/UIM Coverage limits you select below, and the coverage applicable to more than one auto under this policy may not be combined, stacked or added together to determine the limit of liability applicable to bodily injury arising out of one accident. For example, if you purchase Non-stacked UM/UIM coverage with limits of $50,000 for each person, even if you have two covered vehicles with UM/UIM Coverage on your policy, you would have only $50,000 available for any one person injured in an accident.

**Understand Your Options**
Your options are:
1. You may select Non-stacked UM/UIM Coverage limits equal to your Bodily Injury and Property Damage Liability limits for all vehicles; OR
1. You may select Stacked UM/UIM Coverage limits equal to your Bodily Injury and Property Damage Liability limits for all vehicles; OR
2. You may reject the option to purchase UM/UIM Coverage in an amount equal to the Bodily Injury and Property Damage Liability limits on your policy, and instead purchase either Non-stacked UM/UIM Coverage or Stacked UM/UIM Coverage in any of the lower limits that we offer. All of the lower limits are shown below. An election of lower limits of UM/UIM Coverage constitutes a rejection of all other available limits; OR
3. You may reject all UM/UIM Coverage for all vehicles.

All of your available UM/UIM Coverage options and the premium amount for each option are shown below. Your UM/UIM Coverage limits selection may not be higher than your Liability Coverage limits.

**3101 NM 06 16**                                                                                     **Page 1 of 4**

Please note that the premium quotes listed below are based on the information you have provided in your Application. If that information is not accurate or complete, you must update that information to get any coverage. If the information changes, your premium quote and your policy will be changed.

**The Choice is Yours**
If you do not complete, sign, date and return this form, we will provide you with Stacked UM/UIM Coverage with limits in an amount equal to your Liability Coverage limits, which is the highest cost UM/UIM Coverage option. You must complete, sign, date and return this form to confirm your selection of UM/UIM Coverage or your rejection of UM/UIM limits.

I understand that I have been offered UM/UIM Coverage limits equal to the limits I have selected for Liability Coverage. I understand I have the right to reject UM/UIM Coverage. I also understand that I have the right to select limits that are lower than my Liability Coverage limits and that selecting UM/UIM Coverage limits that are lower than my Liability Coverage limits constitutes a rejection of the higher amount of UM/UIM Coverage to which I am entitled. I understand that if I purchase UM/UIM Coverage, I can select either Stacked UM/UIM Coverage or Non-stacked UM/UIM Coverage. I understand that my selection/rejection below is binding on all persons insured under the policy.

Please select one of the following below:

---

**SELECTION OF STACKED OR NON-STACKED UNINSURED AND UNDERINSURED MOTORIST COVERAGE**
Unless you reject all UM/UIM Coverage at the bottom of this UM/UIM Coverage Selection Form, you must select one (1) of the optons listed below.

Premium Amount

☐ **I select Stacked UM/UIM Coverage** limits equal to my Liability Coverage limits:
$250,000 each person/ $500,000 per accident for bodily injury, and
$100,000 each accident for property damage

☒ **I reject Stacked UM/UIM Coverage and select Non-stacked UM/UIM Coverage** limits equal to my Liability Coverage limits:
$250,000 each person/ $500,000 per accident for bodily injury, and
$100,000 each accident for property damage

**OR:**

**I reject the offer of UM/UIM Coverage limits equal to my Liability Coverage limits and I select the lower limits of UM/UIM Coverage checked below.** I understand this selection applies to all vehicles on my policy. I agree that this rejection of UM/UIM Coverage limits equal to my Liability Coverage limits and selection of lower limits is part of my Policy. [Check one option below if you did not select limits equal to Liability Coverage above and have not rejected all UM/UIM Coverage.]

☐ $25,000 each person/$50,000 per accident for bodily injury, and
$10,000 each accident for property damage, Stacked

☐ $25,000 each person/$50,000 per accident for bodily injury, and
$10,000 each accident for property damage, Non-stacked

☐ $50,000 each person/$100,000 per accident for bodily injury, and
$25,000 each accident for property damage, Stacked

---

| | |
|---|---|
| ☐ | $50,000 each person/$100,000 per accident for bodily injury, and $25,000 each accident for property damage, Non-stacked |
| ☐ | $100,000 per person/$300,000 per accident for bodily injury, and $50,000 per accident for property damage, Stacked |
| ☐ | $100,000 each person/$300,000 per accident for bodily injury, and $50,000 each accident for property damage, Non-stacked |
| ☐ | $250,000 each person/$500,000 per accident for bodily injury, and $100,000 each accident for property damage, Stacked |
| ☐ | $250,000 each person/$500,000 per accident for bodily injury, and $100,000 each accident for property damage, Non-stacked |

**OR**

**REJECTION OF ALL UNINSURED AND UNDERINSURED MOTORIST COVERAGE**

☐ **I reject the option to purchase any UM/UIM Coverage** for bodily injury and property damage. I understand that my policy will not provide UM/UIM Coverage, and this rejection applies to all vehicles on my policy. I agree that this Rejection of Uninsured Motorist and Underinsured Motorist Coverage is part of my Policy.

I understand and agree that my rejection and/or selection of UM/UIM Coverage is part of my Policy and that it applies to my Policy and all future renewal, continuation, reinstatement, substitute, transfer, amended and replacement policies unless I submit a new signed rejection and/or selection in writing to the company.

ABIGAIL JACKSON
_____
Signature of Named Insured

10/12/2018
_____
Date

Policy Number:  PANM-007854931

# esurance
## an Allstate company

**Esurance Insurance Services, Inc.**
**P.O. Box 5250**
**Sioux Falls, SD 57117-5250**
**1-800-ESURANCE (1-800-378-7262)**

**Esurance Property and**
**Casualty Insurance Company**
**650 Davis Street**
**San Francisco, CA 94111**

## Policy Declarations Page
## Personal Automobile Policy – Amended

| Policy Number | Effective Date | Expiration Date | Policy Term |
|---|---|---|---|
| PANM-007854931 | October 13, 2018 | April 12, 2019 @ 12:01 AM | 6 Months |

| Named Insured and Address | Rated Operators | Excluded Drivers | Driver Type | Year of Birth |
|---|---|---|---|---|
| **ABIGAIL JACKSON** **106 EL TROS** **RANCHOS DE TAOS, NM 87557** Email: ajackson@mtnhomehealth.com | **1 ABIGAIL JACKSON** | | **Named Insured** | **1976** |

| Vehicle # | Year | Vehicle Description | Vehicle Identification Number |
|---|---|---|---|
| **1** | **2013** | **Nissan JUKE S/SV/SL/NISMO** | ██████████ |

| Policy Coverage is provided only where a premium and limit or deductible are shown. | | | |
|---|---|---|---|
| Coverages | Premium | Deductible | |
| **BODILY INJURY** 250,000/person 500,000/accident | ██████ | | |
| **PROPERTY DAMAGE** 100,000/accident | ██████ | | |
| **UM/UIM BI Coverage** **Non-Stacked** 250,000/person 500,000/accident | ██████ | | |
| **UMPD Coverage** **Non-Stacked** 100,000/accident | ██████ | 250 | |

**Important Information about Uninsured Motorist and Underinsured Motorist Coverage ("UM/UIM Coverage").**

Under New Mexico law, you have the right to:

‒ Select Uninsured Motorists Insurance limits equal to your Liability Coverage limits;

‒ Select Uninsured Motorists Insurance limits less than your Liability Coverage limits but equal to or greater than New Mexico's financial responsibility minimum limits; or

‒ Reject all Uninsured Motorist and Underinsured Motorist Coverage.

‒ Elect whether the UM/UIM Coverage you purchase is either Stacked or Non-stacked.

**You have been offered UM/UIM Coverage with all of the limits you are eligible to buy. You have completed a UM/UIM Coverage Rejection/Selection form that listed the premium for each option and you selected your UM/UIM Coverage option. The UM/UIM Coverage Rejection/Selection form is part of your policy and a copy will be provided to you upon request.**

**This policy has been issued with UM/UIM Coverage limits equal to your Liability Coverage limits.**

**TOTAL CHANGE**
**FULL TERM PREMIUM**

**This policy is effective at 12:01 AM on the date shown or the time the policy was purchased, whichever is later.**

**7001 NM 06 16**



**Esurance Insurance Services, Inc.**
P.O. Box 5250
Sioux Falls, SD 57117-5250
1-800-ESURANCE (1-800-378-7262)

**Esurance Property and
Casualty Insurance Company**
650 Davis Street
San Francisco, CA 94111

# Policy Declarations Page
## Personal Automobile Policy – Amended Continued

| Policy Number | Effective Date | Expiration Date | Policy Term |
|---|---|---|---|
| **PANM-007854931** | **October 13, 2018** | **April 12, 2019 @ 12:01 AM** | **6 Months** |

| Named Insured and Address | Rated Operators | Excluded Drivers | Driver Type | Year of Birth |
|---|---|---|---|---|
| **ABIGAIL JACKSON** | **1 ABIGAIL JACKSON** | | **Named Insured** | **1976** |

**ABIGAIL JACKSON**
**106 EL TROS**
**RANCHOS DE TAOS, NM 87557**
**Email: ajackson@mtnhomehealth.com**

| Vehicle Coverages | Vehicle 1 | | Vehicle | | Vehicle | | Vehicle | |
|---|---|---|---|---|---|---|---|---|
| | Premium | Deductible | Premium | Deductible | Premium | Deductible | Premium | Deductible |
| **COMPREHENSIVE** | | 500 | | | | | | |
| **COLLISION** | | 500 | | | | | | |

**FULL TERM PREMIUM**

**This policy is effective at 12:01 AM on the date shown or the time the policy was purchased, whichever is later.**

| Loss Payees, Additional Insured - Lessors, and Lien Holders | | |
|---|---|---|
| Vehicle # | Loss Payee, Additional Insured - Lessor, and Lien Holder Information | Type |
| **1** | **UNKNOWN/NOT PROVIDED** | **Loss Payee** |

| Forms and Endorsements made as a part of this policy at the time of issue |
|---|

| | |
|---|---|
| **1001 NM 06 13** | **Personal Auto Policy** |
| **8200 PN 10 16** | **Privacy Notice** |
| **8151 NM 06 13** | **US Treasury OFAC Notice** |
| **8011 NM 06 13** | **Extraordinary Life Circumstances Disclosure** |
| **8191 NM 02 16** | **Adverse Decision Notice** |
| **8211 NM 06 13** | **Confidentiality Abuse Information** |
| **1051 NM 11 15** | **Officer's Signatory** |
| **2001 NM 06 16** | **Amendment of Policy Prov** |

Date Issued: October 13, 2018

**Authorized Representative**

**7001 NM 06 16**


an **Allstate** company

| Esurance Insurance Services, Inc. | Esurance Property and |
|---|---|
| P.O. Box 5250 | Casualty Insurance Company |
| Sioux Falls, SD 57117-5250 | 650 Davis Street |
| 1-800-ESURANCE (1-800-378-7262) | San Francisco, CA 94111 |

## Policy Declarations Page
## Personal Automobile Policy – Amended

| Policy Number | Effective Date | Expiration Date | Policy Term |
|---|---|---|---|
| PANM-007854931 | January 04, 2019 | April 12, 2019 @ 12:01 AM | 6 Months |

| Named Insured and Address | Rated Operators | Excluded Drivers | Driver Type | Year of Birth |
|---|---|---|---|---|
| ABIGAIL JACKSON<br>PO BOX 1661<br>TAOS, NM 87571<br>Email: ajackson@mtnhomehealth.com | 1 ABIGAIL JACKSON | | Named Insured | 1976 |

| Vehicle # | Year | Vehicle Description | Vehicle Identification Number |
|---|---|---|---|
| 1 | 2013 | Nissan JUKE S/SV/SL/NISMO | ███████████ |
| 2 | 2004 | Toyota CAMRY STD/LE/XLE/SE | ███████████ |

| Policy Coverage is provided only where a premium and limit or deductible are shown. | | |
|---|---|---|
| **Coverages** | Premium | Deductible |
| **BODILY INJURY** 25,000/person<br>50,000/accident | ████ | |
| **PROPERTY DAMAGE** 10,000/accident | ████ | |
| **UM/UIM BI Coverage** 25,000/person<br>**Non-Stacked** 50,000/accident | ████ | |
| **UMPD Coverage** 10,000/accident<br>**Non-Stacked** | ████ | 250 |

**Important Information about Uninsured Motorist and Underinsured Motorist Coverage ("UM/UIM Coverage").**
Under New Mexico law, you have the right to:
- Select Uninsured Motorists Insurance limits equal to your Liability Coverage limits;
- Select Uninsured Motorists Insurance limits less than your Liability Coverage limits but equal to or greater than New Mexico's financial responsibility minimum limits; or
- Reject all Uninsured Motorist and Underinsured Motorist Coverage.
- Elect whether the UM/UIM Coverage you purchase is either Stacked or Non-stacked.

**You have been offered UM/UIM Coverage with all of the limits you are eligible to buy. You have completed a UM/UIM Coverage Rejection/Selection form that listed the premium for each option and you selected your UM/UIM Coverage option. The UM/UIM Coverage Rejection/Selection form is part of your policy and a copy will be provided to you upon request.**

**This policy has been issued with UM/UIM Coverage limits equal to your Liability Coverage limits.**

**TOTAL CHANGE**
**FULL TERM PREMIUM**

**This policy is effective at 12:01 AM on the date shown or the time the policy was purchased, whichever is later.**

7001 NM 06 16                                                                                   Page 1 of 2

# esurance
### an **Allstate** company

| | |
|---|---|
| **Esurance Insurance Services, Inc.**<br>**P.O. Box 5250**<br>**Sioux Falls, SD 57117-5250**<br>**1-800-ESURANCE (1-800-378-7262)** | **Esurance Property and**<br>**Casualty Insurance Company**<br>**650 Davis Street**<br>**San Francisco, CA 94111** |

## Policy Declarations Page
## Personal Automobile Policy – Amended Continued

| Policy Number | Effective Date | Expiration Date | Policy Term |
|---|---|---|---|
| **PANM-007854931** | **January 04, 2019** | **April 12, 2019 @ 12:01 AM** | **6 Months** |

| Named Insured and Address | Rated Operators | Excluded Drivers | Driver Type | Year of Birth |
|---|---|---|---|---|
| **ABIGAIL JACKSON**<br>**PO BOX 1661**<br>**TAOS, NM 87571**<br>**Email: ajackson@mtnhomehealth.com** | **1 ABIGAIL JACKSON** | | **Named Insured** | **1976** |

| Vehicle Coverages | Vehicle 1 | | Vehicle 2 | | Vehicle | | Vehicle | |
|---|---|---|---|---|---|---|---|---|
| | Premium | Deductible | Premium | Deductible | Premium | Deductible | Premium | Deductible |
| **COMPREHENSIVE** | | **500** | | **2500** | | | | |
| **COLLISION** | | **500** | | **2500** | | | | |

**FULL TERM PREMIUM**

**This policy is effective at 12:01 AM on the date shown or the time the policy was purchased, whichever is later.**

| Loss Payees, Additional Insured - Lessors, and Lien Holders | | | | | |
|---|---|---|---|---|---|
| Vehicle # | Loss Payee, Additional Insured - Lessor, and Lien Holder Information | | | | Type |
| **1** | **ALLY FINANCIAL** | **PO BOX 8105** | **COCKEYSVILLE** | **MD** **21030** | **Loss Payee** |

| Forms and Endorsements made as a part of this policy at the time of issue |
|---|

| | |
|---|---|
| **1001 NM 06 13** | **Personal Auto Policy** |
| **8200 PN 10 16** | **Privacy Notice** |
| **8151 NM 06 13** | **US Treasury OFAC Notice** |
| **8011 NM 06 13** | **Extraordinary Life Circumstances Disclosure** |
| **8191 NM 02 16** | **Adverse Decision Notice** |
| **8211 NM 06 13** | **Confidentiality Abuse Information** |
| **1051 NM 11 15** | **Officer's Signatory** |
| **2001 NM 06 16** | **Amendment of Policy Prov** |

Date Issued: April 02, 2019

**Authorized Representative**

## NEW MEXICO UNINSURED AND UNDERINSURED MOTORIST COVERAGE SELECTION/ REJECTION OF LIMITS

**Uninsured Motorist and Underinsured Motorist Coverage ("UM/UIM Coverage")**
Uninsured Underinsured Motorist Coverage (UM/UIM Coverage) protects you, your household family members and occupants in an insured vehicle, if they sustain bodily injury in an accident in which the owner or operator of a motor vehicle who is legally liable does not have liability insurance (an "uninsured motorist"), or has liability insurance with limits that are less less than your UM/UIM Coverage limits ( an "underinsured motorist"). UM/UIM Coverage also provides protection for damage to property owned by the insured if that damage is sustained in an accident in which the owner or operator of a motor vehicle who is legally liable is an uninsured or underinsured motorist. The terms of this insurance are governed by the detailed explanation of this coverage in your policy.

**Available UM/UIM Limits**
You have the right to purchase UM/UIM Coverage with a limit of $25,000 each person, subject to a limit of $50,000 each accident for bodily injury, and $10,000 each accident for property damage, or higher limits up to an amount equal to your policy's liability coverage limits, or you may reject this coverage entirely.

**Stacked UM/UIM Coverage**
If you select Stacked UM/UIM Coverage, this policy will provide coverage for bodily injury and property damage based on the UM/UIM Coverage limits you select below, the UM/UIM Coverage for each covered vehicle for which premium has been paid will be combined to determine the total amount of limits that may be paid under this coverage. For example, if your Stacked UM/UIM Coverage limits are $50,000 for each person and you have two covered vehicles with UM/UIM Coverage on your policy, you would have $100,000 available for any one person injured in an accident.

**Non-stacked UM/UIM Coverage**
If you select Non-stacked UM/UIM Coverage, this policy will provide coverage for bodily injury and property damage with the UM/UIM Coverage limits you select below, and the coverage applicable to more than one auto under this policy may not be combined, stacked or added together to determine the limit of liability applicable to bodily injury arising out of one accident. For example, if you purchase Non-stacked UM/UIM coverage with limits of $50,000 for each person, even if you have two covered vehicles with UM/UIM Coverage on your policy, you would have only $50,000 available for any one person injured in an accident.

**Understand Your Options**
Your options are:
1. You may select Non-stacked UM/UIM Coverage limits equal to your Bodily Injury and Property Damage Liability limits for all vehicles; OR
1. You may select Stacked UM/UIM Coverage limits equal to your Bodily Injury and Property Damage Liability limits for all vehicles; OR
2. You may reject the option to purchase UM/UIM Coverage in an amount equal to the Bodily Injury and Property Damage Liability limits on your policy, and instead purchase either Non-stacked UM/UIM Coverage or Stacked UM/UIM Coverage in any of the lower limits that we offer. All of the lower limits are shown below. An election of lower limits of UM/UIM Coverage constitutes a rejection of all other available limits; OR
3. You may reject all UM/UIM Coverage for all vehicles.

All of your available UM/UIM Coverage options and the premium amount for each option are shown below. Your UM/UIM Coverage limits selection may not be higher than your Liability Coverage limits.

**3101 NM 06 16**                                                                                 **Page 1 of 4**

Please note that the premium quotes listed below are based on the information you have provided in your Application. If that information is not accurate or complete, you must update that information to get any coverage. If the information changes, your premium quote and your policy will be changed.

**The Choice is Yours**
If you do not complete, sign, date and return this form, we will provide you with Stacked UM/UIM Coverage with limits in an amount equal to your Liability Coverage limits, which is the highest cost UM/UIM Coverage option. You must complete, sign, date and return this form to confirm your selection of UM/UIM Coverage or your rejection of UM/UIM limits.

I understand that I have been offered UM/UIM Coverage limits equal to the limits I have selected for Liability Coverage. I understand I have the right to reject UM/UIM Coverage. I also understand that I have the right to select limits that are lower than my Liability Coverage limits and that selecting UM/UIM Coverage limits that are lower than my Liability Coverage limits constitutes a rejection of the higher amount of UM/UIM Coverage to which I am entitled. I understand that if I purchase UM/UIM Coverage, I can select either Stacked UM/UIM Coverage or Non-stacked UM/UIM Coverage. I understand that my selection/rejection below is binding on all persons insured under the policy.

Please select one of the following below:

---

**SELECTION OF STACKED OR NON-STACKED UNINSURED AND UNDERINSURED MOTORIST COVERAGE**
Unless you reject all UM/UIM Coverage at the bottom of this UM/UIM Coverage Selection Form, you must select one (1) of the optons listed below.

Premium Amount

[ ] **I select Stacked UM/UIM Coverage** limits equal to my Liability Coverage limits:
$25,000 each person/ $50,000 per accident for bodily injury, and
$10,000 each accident for property damage

[X] **I reject Stacked UM/UIM Coverage and select Non-stacked UM/UIM Coverage** limits equal to my Liability Coverage limits:
$25,000 each person/ $50,000 per accident for bodily injury, and
$10,000 each accident for property damage

**OR:**

**I reject the offer of UM/UIM Coverage limits equal to my Liability Coverage limits and I select the lower limits of UM/UIM Coverage checked below.** I understand this selection applies to all vehicles on my policy. I agree that this rejection of UM/UIM Coverage limits equal to my Liability Coverage limits and selection of lower limits is part of my Policy. [Check one option below if you did not select limits equal to Liability Coverage above and have not rejected all UM/UIM Coverage.]

[ ] $25,000 each person/$50,000 per accident for bodily injury, and
$10,000 each accident for property damage, Stacked

[ ] $25,000 each person/$50,000 per accident for bodily injury, and
$10,000 each accident for property damage, Non-stacked

[ ] $50,000 each person/$100,000 per accident for bodily injury, and
$25,000 each accident for property damage, Stacked

---

**3101 NM 06 16**                                                                 **Page 2 of 4**

| ☐ | $50,000 each person/$100,000 per accident for bodily injury, and $25,000 each accident for property damage, Non-stacked | █ |
| ☐ | $100,000 per person/$300,000 per accident for bodily injury, and $50,000 per accident for property damage, Stacked | |
| ☐ | $100,000 each person/$300,000 per accident for bodily injury, and $50,000 each accident for property damage, Non-stacked | |
| ☐ | $250,000 each person/$500,000 per accident for bodily injury, and $100,000 each accident for property damage, Stacked | |
| ☐ | $250,000 each person/$500,000 per accident for bodily injury, and $100,000 each accident for property damage, Non-stacked | |

## OR

**REJECTION OF ALL UNINSURED AND UNDERINSURED MOTORIST COVERAGE**

☐ **I reject the option to purchase any UM/UIM Coverage** for bodily injury and property damage. I understand that my policy will not provide UM/UIM Coverage, and this rejection applies to all vehicles on my policy. I agree that this Rejection of Uninsured Motorist and Underinsured Motorist Coverage is part of my Policy.

I understand and agree that my rejection and/or selection of UM/UIM Coverage is part of my Policy and that it applies to my Policy and all future renewal, continuation, reinstatement, substitute, transfer, amended and replacement policies unless I submit a new signed rejection and/or selection in writing to the company.

ABIGAIL JACKSON                                      01/04/2019
_____          _____
Signature of Named Insured                           Date

Policy Number:  PANM-007854931

**3101 NM 06 16**                                                              **Page 3 of 4**



| Esurance Insurance Services, Inc. | Esurance Property and |
| --- | --- |
| P.O. Box 5250 | Casualty Insurance Company |
| Sioux Falls, SD 57117-5250 | 650 Davis Street |
| 1-800-ESURANCE (1-800-378-7262) | San Francisco, CA 94111 |

## Policy Declarations Page
## Personal Automobile Policy – Renewal

| Policy Number | Effective Date | Expiration Date | Policy Term |
| --- | --- | --- | --- |
| PANM-007854931 | October 12, 2020 | April 12, 2021 @ 12:01 AM | 6 Months |

| Named Insured and Address | Rated Operators | Excluded Drivers | Driver Type | Year of Birth |
| --- | --- | --- | --- | --- |
| ABIGAIL JACKSON<br>PO BOX 1661<br>TAOS, NM 87571<br>Email: ajackson@mtnhomehealth.com | 1 ABIGAIL JACKSON | | Named Insured | 1976 |

| Vehicle # | Year | Vehicle Description | Vehicle Identification Number |
| --- | --- | --- | --- |
| 1 | 2013 | Nissan JUKE S/SV/SL/NISMO | ███████████████ |
| 2 | 2004 | Toyota CAMRY STD/LE/XLE/SE | ███████████████ |

**Policy Coverage is provided only where a premium and limit or deductible are shown.**

| Coverages | | Premium | Deductible |
| --- | --- | --- | --- |
| BODILY INJURY | 25,000/person<br>50,000/accident | ██████ | |
| PROPERTY DAMAGE | 10,000/accident | | |
| UM/UIM BI Coverage<br>Non-Stacked | 25,000/person<br>50,000/accident | | |
| UMPD Coverage<br>Non-Stacked | 10,000/accident | | 250 |

**Important Information about Uninsured Motorist and Underinsured Motorist Coverage ("UM/UIM Coverage").**

Under New Mexico law, you have the right to:

–  Select Uninsured Motorists Insurance limits equal to your Liability Coverage limits;
–  Select Uninsured Motorists Insurance limits less than your Liability Coverage limits but equal to or greater than New Mexico's financial responsibility minimum limits; or
–  Reject all Uninsured Motorist and Underinsured Motorist Coverage.
–  Elect whether the UM/UIM Coverage you purchase is either Stacked or Non-stacked.

**You have been offered UM/UIM Coverage with all of the limits you are eligible to buy. You have completed a UM/UIM Coverage Rejection/Selection form that listed the premium for each option and you selected your UM/UIM Coverage option. The UM/UIM Coverage Rejection/Selection form is part of your policy and a copy will be provided to you upon request.**

**This policy has been issued with UM/UIM Coverage limits equal to your Liability Coverage limits.**

**FULL TERM PREMIUM**

**This policy is effective at 12:01 AM on the date shown or the time the policy was purchased, whichever is later.**



# esurance
## an Allstate company

**Esurance Insurance Services, Inc.**
**P.O. Box 5250**
**Sioux Falls, SD 57117-5250**
**1-800-ESURANCE (1-800-378-7262)**

**EXHIBIT A**

**Esurance Property and**
**Casualty Insurance Company**
**650 Davis Street**
**San Francisco, CA 94111**

# Policy Declarations Page
## Personal Automobile Policy – Renewal Continued

| Policy Number | Effective Date | Expiration Date | Policy Term |
|---|---|---|---|
| **PANM-007854931** | **October 12, 2020** | **April 12, 2021 @ 12:01 AM** | **6 Months** |

| Named Insured and Address | Rated Operators | Excluded Drivers | Driver Type | Year of Birth |
|---|---|---|---|---|
| **ABIGAIL JACKSON**<br>**PO BOX 1661**<br>**TAOS, NM 87571**<br>**Email: ajackson@mtnhomehealth.com** | **1 ABIGAIL JACKSON** | | **Named Insured** | **1976** |

| Vehicle Coverages | Vehicle 1 Premium | Vehicle 1 Deductible | Vehicle 2 Premium | Vehicle 2 Deductible | Vehicle Premium | Vehicle Deductible | Vehicle Premium | Vehicle Deductible |
|---|---|---|---|---|---|---|---|---|
| **COMPREHENSIVE** | | **500** | | **2500** | | | | |
| **COLLISION** | | **500** | | **2500** | | | | |

**FULL TERM PREMIUM**

**This policy is effective at 12:01 AM on the date shown or the time the policy was purchased, whichever is later.**

| Loss Payees, Additional Insured - Lessors, and Lien Holders | | | | | |
|---|---|---|---|---|---|
| Vehicle # | Loss Payee, Additional Insured - Lessor, and Lien Holder Information | | | | Type |
| **1** | **ALLY FINANCIAL** | **PO BOX 8105** | **COCKEYSVILLE** | **MD   21030** | **Loss Payee** |

| Forms and Endorsements made as a part of this policy at the time of issue |
|---|
| **1001 NM 06 13**   **Personal Auto Policy** |
| **8200 PN 10 16**   **Privacy Notice** |
| **8151 NM 06 13**   **US Treasury OFAC Notice** |
| **8011 NM 06 13**   **Extraordinary Life Circumstances Disclosure** |
| **8191 NM 02 16**   **Adverse Decision Notice** |
| **8211 NM 06 13**   **Confidentiality Abuse Information** |
| **1051 NM 11 15**   **Officer's Signatory** |
| **2001 NM 06 16**   **Amendment of Policy Prov** |

Date Issued: October 12, 2020

**Authorized Representative**

**7001 NM 06 16**

**Page 2 of 2**